IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DEMARION GILLION                                                          PLAINTIFF

v.                                       No. 3:16-cv-277-DPM

SUSAN COX, Nurse,
Poinsett County Jail                                                      DEFENDANT

ORDER

Gillion hasn't responded to the recommendation because his mail is being returned. № 6. Unopposed recommendation, № 5, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Gillion's complaint will be dismissed without prejudice. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 December 2016