## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

DEMARION GILLION                                                         PLAINTIFF

v.                                          No. 3:16-cv-277-DPM

SUSAN COX, Nurse,
Poinsett County Jail                                                     DEFENDANT

### JUDGMENT

Gillion's complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

20 December 2016