# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DEMARION GILLION**                                                                        **PLAINTIFF**

v.                                       No. 3:16-cv-277-DPM

**SUSAN COX, Nurse**
**Poinsett County Jail**                                                                    **DEFENDANT**

## ORDER

Gillion's motion, *Doc. 14*, is granted. The Court directs the Clerk to mail Gillion copies of *Doc. 1–13*, a copy of the docket sheet, and a blank § 1983 complaint form.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 November 2022