IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DEMARION GILLION                                                              PLAINTIFF

v.                                  No. 3:16-cv-277-DPM

SUSAN COX, Nurse
Poinsett County Jail                                                          DEFENDANT

ORDER

Gillion's motion to reopen his case, *Doc. 16*, is denied for lack of good cause. This case was closed in 2016.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

22 November 2022